AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
By USMS at 4:21 pm, Apr 16, 2026

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

<table>
<tr><td>FILED</td></tr>
<tr><td>CLERK, U.S. DISTRICT COURT</td></tr>
<tr><td>4/23/2026</td></tr>
<tr><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>BY:    E.C.     DEPUTY</td></tr>
</table>

|  |  |
|---|---|
| United States of America<br>v.<br>ANDREW SELVA<br>ADDRESS: 3461 W. LA CADENA DR., BUILDING 6,<br>APT. 204, RIVERSIDE, CA 92501<br>DOB: 12/04/1998<br>SSN: 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<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   5:26-CR-46-GFVT-MAS

5:26-mj-00266-DUTY

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ANDREW SELVA                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21:846 CONSPIRACY TO DISTRIBUTE CLONAZOLAM AND 500 GRAMS OR MORE OF A
METHAMPHETAMINE MIXTURE - 1CT
21:841 DISTRIBUTION OF 500 GRAMS OR MORE OF A METHAMPHETAMINE MIXTURE - 2 CTS
18:1956(h) CONSPIRACY TO COMMIT MONEY LAUNDERING - 1 CT

Date:     04/16/2026

                                                                            *Issuing officer's signature*

City and state:    Lexington, KY                                           Robert Carr by KP, Deputy Clerk
                                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)*  April 16, 2026 , and the person was arrested on *(date)*  April 23, 2026
at *(city and state)*   Riverside, CA              .

Date:  April 23, 2026

                                                                            *Arresting officer's signature*

                                                   SA D. Clyde Sims
                                                                            *Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____